IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES MCENTIRE**                                                              **PLAINTIFF**
**#267252**

v.                       Case No: 4:23-CV-00164-LPR-PSH

**MESSENSMITH, Doctor,**
**Turnkey/PCDC, et al.**                                         **DEFENDANTS**

### ORDER

On March 1, 2023, Plaintiff James McEntire, an inmate at the Pulaski County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On March 3, 2023, the Court ordered Mr. McEntire to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. McEntire that failure to comply with the Order would result in the dismissal of his Complaint.[3]

Mr. McEntire has not complied with, or otherwise responded to, the Court's March 3 Order, and the time for doing so has expired. Additionally, mail sent to Mr. McEntire has been returned as undeliverable.[4] Accordingly, Mr. McEntire's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 2). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*

[4] Doc. 4.

IT IS SO ORDERED this 27th day of September 2023.

                                                  */s/ Lee P. Rudofsky*
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE